COMMONWEALTH of Pennsylvania,
Respondent

v.

Tracey WHITAKER, Petitioner

No. 885 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Inell FOYE, Petitioner

No. 797 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Theresa Marie ULEN, Petitioner

No. 895 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**